UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHLIESER, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Lead Case No. 8:19-cv-00443 JAK (PLAx)<br>Consolidated with 2:20-cv-06300 JAK (PLAx)<br><br>**JUDGMENT**<br><br>JS-6 |
| CHRISTIAN VAN CLEAVE, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | |

The parties reached a settlement subject to Court approval as represented in the Joint Stipulation of Class Action Settlement and Release (the "Settlement Agreement" that was filed previously on the docket in this action. Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

A final approval hearing was conducted following the prior Order re Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order." Thereafter, Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Costs and Enhancement Awards (the "Final Approval Order") was granted. Therefore,

1. Judgment in this matter is entered in accordance with the Settlement Agreement.

2. The parties shall effect the Settlement Agreement according to its terms and according to the terms of the prior orders. The Released Claims of the Plaintiff Class Representatives and all members of the Settlement Class are hereby dismissed in their entirety with prejudice pursuant to the Settlement Agreement.

3. All Class Members who did not timely and properly opt out from the Settlement Agreement are barred from pursuing or seeking to reopen any of the Released Claims as defined in the Settlement Agreement. Consistent with the definition provided in the Settlement Agreement, the Settlement Class consists of: All persons who were employed in non-exempt positions at Sunrise Senior Living Management, Inc.'s California communities at any time during the period from July 1, 2016 to June 15, 2020.

//
//
//

4. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over this action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: July 12, 2022

John A. Kronstadt
United States District Judge